■ Curry Chevrolet Sales & Service, Inc., Respondent, v. Hudson Equities, Inc., Appellant.— Upon the stipulation of the parties, dated July 26, 1966, amending the notice of appeal so as to state therein that the appeal (from an order of the County Court, Westchester County, entered May 12, 1966) is to the Appellate Term of the Supreme Court, Second Judicial Department, instead of to the Appellate Division, the notice of appeal is thus amended and the appeal is transferred to said Appellate Term. The appeal was erroneously taken to this court. The Appellate Term is presently vested with jurisdiction of such appeals (see N. Y. Const., art. VI, § 5, subd. b; § 8, subd. d; order of this court No. 47, as amd.). Beldock, P. J., Ughetta, Christ, Rabin and Hopkins, JJ., concur.

■ Alyce F. Kent, Respondent, v. John Maschio et al., Appellants.— Motion by appellants to modify this court's previous order (dated July 5, 1966, which reversed an order of the Supreme Court, Westchester County, entered February 23, 1966, without costs, and granted appellants' motion to dismiss the complaint) so as to provide therein that appellants are awarded their printing disbursements. Motion granted. Order and decision, dated July 5, 1966, modified by granting printing disbursements on the appeal to appellants. Ughetta, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

## Third Department, August, 1966

## (August 1, 1966)

■ In the Matter of Peter J. Fiorella, Jr., Doing Business as Town and Country Club, Appellant, v. Donald S. Hostetter et al., Constituting the State Liquor Authority, Respondents.— Motion for modification of decision [25 A D 2d 801] dated April 29, 1966 denied, without costs. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ The People of the State of New York ex rel. Zaki Abdullah, Appellant, v. Daniel J. McMann, as Warden of Clinton Prison, Respondent.— Joseph P. McGrane, Esq., having become disqualified by reason of his appointment as an Assistant Attorney-General, application to be relieved of assignment to represent appellant upon this appeal granted; and Philip M. Stark, Esq., 833 Union Street, Schenectady, assigned to represent appellant in his place and stead, pursuant to section 35 (subd. 1, par. a) of the Judiciary Law. Gibson, P. J., Reynolds, Taylor, Aulisi and Staley, Jr., JJ., concur.

■ In the Matter of Anthony P. Capalongo, Appellant, v. City Court of the City of Ithaca et al., Respondents.— Motion to dismiss appeal denied, without costs. (See Matter of .Tschornyi v. County Court of County of Tompkins, 282 App. Div. 967.) Gibson, P. J., Reynolds, Taylor, Aulisi and Staley, Jr., JJ., concur.

## (August 5, 1966)

■ The People of the State of New York ex rel. Joseph Booth, Appellant, v. Ross E. Herold, as Superintendent of Dannemora State Hospital, Respondent.— Appellant has been discharged from Dannemora State Hospital. (See Baxstrom v. Herold, 383 U. S. 107 [Feb. 23, 1966].) Appeal dismissed as academic. (People ex rel. Hirschberg v. Close, 1 N Y 2d 258; People ex rel. Cole v. Allen, 22 A D 2d 893; People ex rel. Taylor v. Ramsden, 17 A D 2d 645.) Gibson, P. J., Herlihy, Taylor, Aulisi and Staley, Jr., JJ., concur.